Filed Electronically_____

**Entered on Docket**
**October 13, 2009**

_[signature]_
_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.
09-76107 / 119735387

## UNITED STATES BANKRUPTCY COURT
## SOUHERN DISTRICT OF NEVADA

| In Re:  | 07-51168-GWZ |
|---|---|
| Nancy Anne Flocchini | Motion no. Date: Time: |
|  | Chapter 13 |
| Debtors. |  |

### ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on September 11, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to Secured Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of and hold a Trustee's Sale of the subject property, generally described as 1297 Par Three Drive, Sparks NV and legally described as follows:

Lot 46 as shown on the map of First Tee Unit No. 6 at Kiley Ranch, a common-interest community, tract map no. 4394, filed in the Office of the County Recorder of Washoe County, State of Nevada on September 29, 2004 as file no. 3105843 of official records, and amended by certificate of amendment recorded October 20, 2005 as instrument no. 3294954.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2009.

Submitted by:
Wilde & Associates

By /S/ GREGORY L. WILDE
_____
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107